IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RAKEIM HILLSMAN,**<br><br>*Plaintiff*,<br><br>v.<br><br>**UNNAMED DEFENDANT(S),**<br><br>*Defendant*. | **CIVIL ACTION NO.**<br>**5:20-cv-00316-TES-TQL** |

## ORDER

On September 14, 2020, the Court ordered Plaintiff Rakeim Hillsman to recast his Complaint [Doc. 1] and provided instructions regarding how to do so. [Doc. 7]. The Court also ordered Plaintiff to either pay the $400.00 filing fee or file a proper motion to proceed *in forma pauperis*. [*Id*.]. Plaintiff was given 21 days to respond and informed that failure to comply would result in the dismissal of his case. [*Id*.]. Plaintiff failed to respond.

Therefore, on October 15, 2020, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his case should not be dismissed for failure to comply with the Court's previous orders and instructions. [Doc. 9]. The Court specifically informed Plaintiff that his action would be dismissed if he failed to respond. [*Id*.]. Plaintiff was given 14 days to respond, and he failed to do so.

Because Plaintiff has failed to respond to the Court's orders and otherwise failed to diligently prosecute his claims, his Complaint is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P 41(b) and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 5th day of November, 2020.

                                              S/ Tilman E. Self, III
                                              **TILMAN E. SELF, III, JUDGE**
                                              **UNITED STATES DISTRICT COURT**